UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

           MICHAEL P. KILINSKI and
           SUSAN D. KILINSKI,
                     Debtors.

CASE NO. 15-11982
Chapter 13

## APPLICATION TO DISMISS DEBTOR, MICHAEL KILINSKI, FROM CHAPTER 13 CASE

MICHAEL P. KILINSKI, debtor herein and would show the Court the following.

1.  That the debtors filed a petition under Chapter 13 of the Bankruptcy Code on September 30, 2015.

2.  Debtor, Michael P. Kilinski, is eligible to have his portion of the Chapter 13 bankruptcy case dismissed and desires to do so. Susan Kilinski wishes to remain in the Chapter 13 Bankruptcy.

WHEREFORE, debtor, Michael P. Kilinski, prays for an Order dismissing him from Chapter 13 Case Number 15-11982.

Dated: January __12__ 2016

Michael J. Toomey, Esq.
The Toomey Law Firm, PLLC
One South Western Plaza, P.O. Box 2144
Glens Falls, NY 12801
(518) 743-9000

I, MICHAEL P. KILINSKI, debtor in the above-entitled case Certify under the penalty of perjury that the foregoing is true and correct.

MICHAEL P. KILINSKI

###