# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

### CHAMBERS OF THE
### HON. ROBERT E. LITTLEFIELD, JR.
### U.S. BANKRUPTCY JUDGE

TO:         Michael J. Toomey, Esq.
FROM:     Chambers
DATE:     04/15/2016

Re:         Chapter 13
            Case No. 15-11982
            Motion at Docket No.: 47

The court has received your proposed orders in the above referenced case. The court declines to sign the proposed orders* for one or more of the following reason(s) as noted:

[ ]     Service improper pursuant to Fed. R. Bankr. P. 7004(b)(3)

[ ]     Service improper pursuant to Fed. R. Bankr. P. 7004(h)

[ ]     Notice improper pursuant to Fed. R. Bankr. P. 2002(a)

[X]     Notice improper pursuant to Fed. R. Bankr. P. 3007

[ ]     Failure to comply with L.B.R. 9013-1(e)

[ ]     Motion was not properly served on both the debtor and co-debtor or both joint debtors individually

[ ]     Motion not served on debtor

[ ]     Proposed order contains relief not requested in the motion - resubmit a new proposed order

[X]     Other:  Omnibus Objection (See 3007(d) and (e))


   ***If the court did not sign your proposed order due to a service issue, you will need to re-serve the motion, file and serve an amended notice of hearing specifying a new hearing date, and file proof of such service. DO NOT FILE A NEW MOTION. File the amended notice as *(Bankruptcy > Notices > Notice of Hearing on Default Motion)* or *(Bankruptcy > Notices > Notice of Hearing)***

**JAMES T. FOLEY U.S. COURTHOUSE, 445 BROADWAY, ALBANY, NEW YORK 12207**
**Chambers: (518) 257-1668 Fax: (518) 431-0192**